**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**In re:**

| | |
|---|---|
| **WALLACE C LYON, III,** | **CHAPTER 7** |
| **DEBTOR.** | **CASE NO. 19-11935-KHK** |

**NOTICE OF APPEARANCE**

    The undersigned hereby appears in these Chapter 7 Bankruptcy Proceedings as Counsel for Pingora Loan Servicing, LLC, and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: **/s/ BRANDON R. JORDAN**
Eric D. White, Esquire, Bar No. 21346
Michael T. Freeman, Esquire, Bar No. 65460
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
bjordan@siwpc.com

CERTIFICATE OF SERVICE

    I certify that on June 18, 2019, the foregoing Notice was served via CM/ECF on Donald F. King, Trustee, and Jeffrey T. Martin, Jr., Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Wallace C Lyon, III, Debtor, 5900 Boston Drive, Falls Church, VA 22041.

**/s/ BRANDON R. JORDAN**
Brandon R. Jordan, Esquire
Samuel I. White, P. C.